IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

RODNEY E. CALLAHAN,

      Appellant,

 v.

                                      Case No. 5D22-1226
                                      LT Case Nos. 1974-CF-000617
                                                   1974-CF-000773

STATE OF FLORIDA,
                                                   1974-CF-000722

      Appellee.

_____/

Decision filed August 9, 2022

3.800 Appeal from the Circuit Court
for Brevard County,
Stephen G. Henderson, Judge.

Rodney E. Callahan, Bushnell, pro se.

No Appearance for Appellee.


PER CURIAM.

      AFFIRMED.


LAMBERT, C.J., EVANDER and HARRIS, JJ., concur.